**Motion GRANTED.**

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | 3:05-00140-2 |
| v. ) | Docket No. ~~3:05-MJ-01065-2~~ |
| ) | JUDGE ECHOLS |
| KENNETH JONES ) | |

### POST JUDGMENT MOTION TO TRANSCRIBE SENTENCING HEARING

Comes now the defendant, Kenneth Jones, by and through undersigned counsel, and hereby moves this Court to approve the court reporter's fee for transcription of the sentencing hearing in this case. An appeal was not filed; however, counsel would show that the defendant has requested a transcript of the sentencing hearing held on June 26, 2006. A transcript order and CJA Form 24 are attached.

Respectfully submitted,

s/Travis Hawkins, BPR 17395
THE HAWKINS LAW FIRM
120 Old Liberty Pike
Franklin, Tennessee 37064
(615) 599-1010

### Certificate of Service

I certify that on January 14, 2013, a copy of the above motion was served upon the Assistant United States Attorney Phil Wehby by e-filing a copy to the same.

/s Travis Hawkins
THE HAWKINS LAW FIRM, PLLC